UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK W. MOODY,

                Plaintiff,

       - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

10 Civ. 9161 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon Defendants' letter, dated August 22, 2011, indicating that "the above-referenced matter settled," it is hereby

       **ORDERED**, that the settlement conference scheduled for September 6, 2011 is vacated; and it is further

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
       August 24, 2011

_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/11